**Wylmina Èlizabeth HETTINGA, Plaintiff-Appellant,**

v.

**Timothy P. LOUMENA; et al., Defendants-Appellees.**

**No. 14-17135**

United States Court of Appeals, Ninth Circuit.

Submitted November 16, 2016 *

Filed November 23, 2016

Wylmina Elizabeth Hettinga, Pro Se.

Timothy P. Loumena, Pro Se.

Blake Loebs, Meyers Nave Riback Silver & Wilson, APLC, Oakland, CA, for Defendant–Appellee PAMELA KENNEDY.

John P. Devine, AGCA—Office of the California Attorney General, San Francisco, CA, for Defendant–Appellee STATE OF CALIFORNIA.

Bruce Douglas MacLeod, Attorney, Ellyn Nesbit, Willoughby, Stuart & Bening, San Jose, CA, for Defendants–Appellees WALTER HAMMON, TRAVIS KREPELKA.

Joseph Dermer, Esquire, Attorney, Dermer Law Firm, Los Gatos, CA for Defendant–Appellee SCOTT RALEY.

Josette Darlene. Johnson, Trial Attorney, Dave M. McGraw, Esquire, Corporation Counsel, Fidelity National Law Group, Walnut Creek, CA, for Defendants–Appellees JEANIE O'CONNOR, CHICAGO TITLE COMPANY.

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

MEMORANDUM **

Wylmina Elizabeth Hettinga appeals pro se from the district court's judgment dismissing her 42 U.S.C. § 1983 action alleging constitutional violations arising from her state court divorce proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under the *Rooker-Feldman* doctrine. *Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir. 2003). We affirm.

We affirm the district court's dismissal because Hettinga failed to raise any argument in her opening brief concerning the district court's ground for dismissal, and

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Accordingly, Hettinga's requests for oral argument set forth in her opening brief and reply are denied.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

has therefore waived her appeal of the district court's judgment. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[A]rguments not raised by a party in its opening brief are deemed waived.").

We do not consider arguments raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**